**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **MARIA TIONGSON,**<br><br>On Behalf of Herself and All Others Similarly Situated,<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MINDVALLEY INC.**,<br><br>**Defendant.** | Case No.: 2:26-cv-01270-MCA-JSA<br><br>**JOINT STATUS REPORT** |

Dear Judge Allen,

The parties Plaintiff Maria Tiongson and Defendant Mindvalley Inc. respectfully submit this joint status letter pursuant to paragraph 14 of the Court's Pretrial Scheduling Order entered August 11, 2026 (ECF Doc. No. 31).

The parties are pleased to report that they have reached an agreement in principle to resolve this action on a classwide basis, together with three related actions pending against Defendant in other federal courts. The parties are in the process of negotiating a Memorandum of Understanding ("MOU") that documents the terms of that resolution and expect to sign it shortly.

Given the current posture of this action, the parties respectfully request that the Court:

(1) adjourn the status conference scheduled for October 6, 2026; and

(2) stay all remaining deadlines in the Scheduling Order while the parties finalize the resolution.

/ / /

/ / /

/ / /

*The requests are granted. The parties are directed to file a joint status letter on or before 10/20/26.
**SO ORDERED.**

**s/Jessica S. Allen**
**United States Magistrate Judge**

**Dated: September 30, 2026**

/s/ *James Austin Long*
James Austin Long
**THE LONG LAW FIRM, PLLC**

J. Burkett McInturff
**WITTELS MCINTURFF PALIKOVIC**
(Attorney for Plaintiff Maria Tiongson)

/s/ *Anne B. Sekel*
Anne B. Sekel
**FOLEY & LARDNER LLP**
(Attorneys for Defendant Mindvalley Inc.)