**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **MARIA TIONGSON,**<br>On Behalf of Herself and All Others Similarly Situated,<br>Plaintiff,<br>v.<br>**MINDVALLEY INC.**,<br>Defendant. | Case No.: 2:26-cv-01270-MCA-JSA<br><br>**JOINT STATUS LETTER** |

Dear Judge Allen:

The parties, Plaintiff Maria Tiongson and Defendant Mindvalley Inc., respectfully submit this joint status letter pursuant to the Court's September 30, 2026 Order (ECF Doc. No. 33).

Plaintiff filed this putative class action on February 9, 2026. On April 24, 2026, the parties submitted a joint letter and stipulation to stay the case pending mediation. The Court granted the stay on May 4, 2026. On June 30, 2026, the parties submitted a Status Report stating that they were unable to reach a resolution in the matter. On July 7, 2026, the Court held a case management conference, and, on July 14, 2026, Mindvalley filed its Answer and Affirmative Defenses. The parties filed their Joint Discovery Plan on August 7, 2026, and the Court entered a Pretrial Scheduling Order on August 11, 2026.

On September 29, 2026, pursuant to paragraph 14 of the Court's Pretrial Scheduling Order (ECF Doc. No. 31), the parties submitted a joint status letter stating that they were negotiating a memorandum of understanding ("MOU") and requesting that the Court adjourn a status conference and "stay all remaining deadlines in the Scheduling Order while the parties finalize the resolution." On September 30, 2026, the Court granted the parties' requests and directed them to file a joint status letter on or before October 20, 2026 (ECF Doc. No. 33).

The parties are pleased to report that Plaintiff, the plaintiffs in related actions against Mindvalley, and Mindvalley reached agreement on the material terms of a class-wide settlement, which are memorialized in an MOU executed by the parties' counsel on October 9, 2026. The parties are working diligently to prepare a long-form settlement agreement.

Given the current posture of this action, the parties respectfully request that this Court continue the stay in this matter, including all upcoming case management deadlines. The request is made jointly, and neither party will be prejudiced by the requested stay.

Respectfully submitted,

*The request is granted. The parties shall submit another joint status letter on or before 11/30/26. **So ordered.**

**s/Jessica S. Allen**
**United States Magistrate Judge**

**Dated: October 23, 2026**

*/s/ Anne B. Sekel*________
Anne B. Sekel
FOLEY & LARDNER LLP
*Counsel for Defendant*

*/s/ James Austin Long*___
James Austin Long
LONG LAW, P.C.

J. Burkett McInturff
WITTELS MCINTURFF PALIKOVIC
*Counsel for Plaintiff and the Proposed Class*